No. 5217. GROZE v. CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 5820. SINGLETON v. UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 6648. EDWARDS v. SELECTIVE SERVICE LOCAL BOARD No. 111 ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 358. HANON ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 409. BOARD OF EDUCATION OF LITTLE ROCK SCHOOL DISTRICT ET AL. v. CLARK ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition. [For earlier order herein, see 401 U. S. 971.]

No. 1496. DILL v. GREYHOUND CORP. ET AL. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 749. BOARD OF PUBLIC INSTRUCTION OF BROWARD COUNTY, FLORIDA, ET AL. v. ALLEN ET AL.; and

No. 891. BLANCHE ELY PARENT TEACHERS ASSN. ET AL. v. BOARD OF PUBLIC INSTRUCTION OF BROWARD COUNTY, FLORIDA, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BLACK took no part in the consideration or decision of these petitions. Reported below: 432 F. 2d 362.